IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> *Defendants*. | No. 4:21-cv-00287-AGF |

**PLAINTIFF STATES MOTION FOR A PRELIMINARY INJUNCTION**

  Plaintiffs, the States of Missouri, Alaska, Arizona, Arkansas, Indiana, Kansas, Montana, Nebraska, Ohio, Oklahoma, South Carolina, Tennessee, and Utah, (Plaintiff States) respectfully request that the Court issue a preliminary injunction prohibiting Defendants (excluding the President) from using the social cost of greenhouse gases promulgated in the February 26, 2021 Technical Support Document, Doc. 6-2, in any rule making or federal action where there is a statutory command to consider costs or costs are permitted by statute until this case is resolved upon appeal.

  Due to the finality of any rules being promulgated now and the impending issuance of new social costs of greenhouse gases in January 2022, Plaintiff States respectfully request a ruling on its Motion for Preliminary Injunction by **August 23, 2021**.

1

Missouri incorporates by reference the arguments in its Memorandum in Support of this Motion, filed contemporaneously herewith.

Dated: April 30, 2021

Respectfully submitted,

**ERIC S. SCHMITT**
**Attorney General of Missouri**

*/s/      D. John Sauer*
D. John Sauer, #58720MO
Justin D. Smith, #63253MO
Michael E. Talent, #322220CA
Office of the Attorney General
Supreme Court Building
207 West High Street
P.O. Box 899
Jefferson City, Missouri 65102
Tel. (573) 751-8870
Fax (573) 751-0774
John.Sauer@ago.mo.gov
*Counsel for Plaintiff State of Missouri*

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 30, 2021, a true and correct copy of the foregoing and any attachments were filed electronically through the Court's CM/ECF system, to be served on counsel for all parties by operation of the Court's electronic filing system..

*/s/ D. John Sauer*

2