UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:21-cv-00287-AGF |
| JOSEPH R. BIDEN, JR., et al., | ) |
| Defendants. | ) |

**ORDER**

For good cause shown, the Court will grant the parties' Joint Motion for Consolidated Briefing Schedule (ECF No. 21) and adopt the briefing schedule and page limitations proposed therein.  The Court will determine after the filing of the parties' briefs whether to schedule oral argument or any further court proceedings with respect to the parties' motions.[1]

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Motion for Consolidated Briefing Schedule is **GRANTED**.  ECF No. 21.

Dated this 5th day of May, 2021.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes Plaintiffs' request for a ruling on its motion for preliminary injunction by August 23, 2021 (*see* ECF No. 17), but the Court cautions Plaintiffs that in light of the briefing schedule proposed and the potential need for further proceedings, a ruling by that deadline may not be achievable.