UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 4:21-CV-00287-AGF ) |
| JOSEPH R. BIDEN JR., et al., | ) ) ) |
| Defendants. | ) ) |

**CASE MANAGEMENT ORDER - TRACK 4: ADMINISTRATIVE PROCEDURE ACT**

Pursuant to the Civil Justice Reform Act Expense and Delay Reduction Plan and the Differentiated Case Management Program of the United States District Court of the Eastern District of Missouri, and the Rule 16 Conference held on **June 25, 2021**,

**IT IS HEREBY ORDERED** that the following provisions shall apply in this case, and will be modified only upon a showing of exceptional circumstances:

1. This case has been assigned to Track 4 (Administrative). Case disposition is expected to occur within 18 months of the date the complaint was filed.

2. Defendants shall promptly confer with any appropriate Government officials and with Plaintiffs regarding the scope and volume of the administrative record.

3. If the Court denies Defendants' motion to dismiss (ECF No. 27) in whole or in part, Defendants shall file the administrative record no later than **30 days** after the date of Court's ruling, absent good cause shown for requiring additional time.

4. Following filing of the administrative record, the parties shall promptly meet and confer in good faith with respect to any alleged deficiencies in the administrative record. If Plaintiffs believe they are entitled to supplementation of or discovery beyond the administrative record, and if

the parties are unable to reach agreement regarding Plaintiffs' request, Plaintiffs may file a motion requesting such discovery, stating the legal and factual basis therefor and attaching any proposed discovery requests.

    5.  No later than **30 days** after the administrative record is filed, the parties shall file a status report advising the Court of the status of the case and, if appropriate, a joint proposed schedule for the remainder of the litigation.

    Dated this 25th day of June, 2021.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE