UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 4:21-cv-00287-AGF |

### DEFENDANTS' NOTICE

Pursuant to the Court's Order of July 26, 2021, ECF No. 38, Defendants "advis[e] the Court" that "they agree to permit the Court to livestream audio" of the forthcoming argument in the above-captioned matter "on the Court's YouTube channel, pursuant to the United States Judicial Conference's pilot program permitting certain district courts to livestream audio of proceedings in civil cases of public interest with the consent of the parties."

In addition, Defendants respectfully notify the Court that the argument date set by the Court (August 20, 2021) presents a scheduling conflict for undersigned counsel for Defendants. The parties are conferring regarding alternative dates, and will advise the Court promptly regarding their availability.

Dated: July 30, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

SAYLER A. FLEMING
United States Attorney

ERIC WOMACK
Assistant Branch Director
Federal Programs Branch

 /s/   *Stephen M. Pezzi*
STEPHEN M. PEZZI, #84311 (VA)
CODY T. KNAPP, #5715438 (NY)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Email: stephen.pezzi@usdoj.gov
Email: cody.t.knapp@usdoj.gov

*Attorneys for Defendants*