# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 4:21-cv-00287-AGF |

## **DEFENDANTS' UNOPPOSED MOTION TO CONTINUE**

As previewed in Defendants' notice filed earlier today, ECF No. 39, the August 20, 2021 argument date set by the Court in its July 26, 2021 Order, ECF No. 38, presents a scheduling conflict for undersigned counsel for Defendants. In particular, counsel has pre-existing travel plans on that date, in addition to various pre-existing personal and professional obligations (including significant pre-existing litigation deadlines) in the days and weeks leading up to that date. Accordingly, Defendants respectfully request that the oral argument be continued to a later date.

The parties have conferred regarding alternative dates, and all parties can be available on any of the following dates: August 25th, August 26th, August 31st, September 1st, September 2nd, or September 3rd.

Although Plaintiffs do not oppose this request, they reported their position as follows: "[W]e would prefer to keep the hearing on Aug. 20, but we can be available on Aug. 25, 26, 31, and on Sept. 1, 2, 3."

Dated: July 30, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

SAYLER A. FLEMING
United States Attorney

ERIC WOMACK
Assistant Branch Director
Federal Programs Branch

/s/  Stephen M. Pezzi
STEPHEN M. PEZZI, #84311 (VA)
CODY T. KNAPP, #5715438 (NY)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Email: stephen.pezzi@usdoj.gov
Email: cody.t.knapp@usdoj.gov

*Attorneys for Defendants*