UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case 4:21-cv-00287-AGF |
| JOSEPH R. BIDEN, JR., et al., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Pursuant to the Memorandum and Order issued herein on this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED without prejudice.**

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 31st day of August, 2021.