# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| THE STATES OF MISSOURI, ALASKA, ARIZONA, ARKANSAS, INDIANA, KANSAS, MONTANA, NEBRASKA, OHIO, OKLAHOMA, SOUTH CAROLINA, TENNESSEE, and UTAH,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al.,<br><br>*Defendants*. | No. 4:21-CV-00287-AGF |

## NOTICE OF APPEAL

Notice is hereby given that the States of Missouri, Alaska, Arizona, Arkansas, Indiana, Kansas, Montana, Nebraska, Ohio, Oklahoma, South Carolina, Tennessee, and Utah, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the district court's August 31, 2021, Memorandum and Order, Doc. 48, and Order of Dismissal, Doc. 49.

Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General

*/s/ D. John Sauer*
D. John Sauer, Mo. Bar #58721
  Solicitor General
Jeff P. Johnson, Mo. Bar #73249
Michael E. Talent, Mo. Bar # 73339
Office of Attorney General
P.O. Box 899
Jefferson City, MO 65102
(573) 751-8870 telephone
(573) 751-0774 facsimile
John.Sauer@ago.mo.gov

*Counsel for Plaintiff States*

| | |
|---|---|
| **TREG R. TAYLOR** | **MARK BRNOVICH** |
| **Attorney General of Alaska** | **Attorney General of Arizona** |
| Ronald W. Opsahl (Colo. Bar No. 35662) | Robert J. Makar |
| Assistant Attorney General | Assistant Attorney General |
| Alaska Department of Law | 2005 N. Central Avenue |
| 1031 West Fourth Avenue, Suite 200 | Phoenix, Arizona 85004 |
| Anchorage, Alaska 99501 | Ph: (602) 542-5205 |
| Ph: (907) 269-5100 | Robert.Makar@azag.gov |
| F: (907) 276-3697 | *Counsel for the State of Arizona* |
| Email: ron.opsahl@alaska.gov | |
| *Counsel for the State of Alaska* | |
| | |
| **LESLIE RUTLEDGE** | **THEODORE E. ROKITA** |
| **Attorney General of Arkansas** | **Attorney General of Indiana** |
| Nicholas J. Bronni | Tom Fisher |
|   Solicitor General | Solicitor General |
| Dylan L. Jacobs | Kian Hudson* |
|   Assistant Solicitor General | Deputy Solicitor General |
| Office of Arkansas Attorney | Office of Attorney General Todd Rokita |

2

General Leslie Rutledge
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Ph:  (501) 682-6302
Nicholas.bronni@arkansasag.gov
*Counsel for the State of Arkansas*

302 West Washington Street
IGCS-5th Floor
Indianapolis, IN 46204
Ph:  (317) 232-0709
F:  (317) 232-7979
kian.hudson@atg.in.gov
*Counsel for the State of Indiana*

**DEREK SCHMIDT**
**Attorney General of Kansas**
Kurtis Wiard
Assistant Solicitor General
Office of Kansas Attorney General
Derek Schmidt
120 SW 10th Avenue, 3rd Floor
Topeka, KS 66612-1597
Ph:  (785) 368-8435 Phone
F:  (785) 291-3767 Fax
Jerry.Edwards@ag.ks.gov
*Counsel for the State of Kansas*

**AUSTIN KNUDSEN**
**Montana Attorney General**
David M.S. Dewhirst
  Solicitor General
Montana Attorney General's Office

215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Ph:  (406) 444-4145
david.dewhirst@mt.gov
*Counsel for the State of Montana*

**DOUGLAS J. PETERSON**
**Attorney General of Nebraska**
James A. Campbell, *pro hac vice*
  Solicitor General
Justin D. Lavene, *pro hac vice*
  Assistant Attorney General
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
Ph:  (402) 471-2682
jim.campbell@nebraska.gov
*Counsel for the State of Nebraska*

**DAVE YOST**
**Ohio Attorney General**
Benjamin M. Flowers
Ohio Solicitor General
30 E. Broad St., 17th Fl.
Columbus, Ohio 43215
Ph:  (614) 466-8980
bflowers@ohioattorneygeneral.gov
*Counsel for the State of Ohio*

**JOHN M. O'CONNOR**
**Attorney General of Oklahoma**
Mithun Mansinghani
  Solicitor General

**ALAN WILSON**
**Attorney General of South Carolina**
J. Emory Smith, Jr., *pro hac vice*
Deputy Solicitor General

3

Bryan Cleveland
  Assistant Solicitor General
Oklahoma Office of Attorney General
313 N.E. 21ST Street
Oklahoma City, OK 73105
Ph:  (405) 522-4392
mithun.mansinghani@oag.ok.gov
*Counsel for the State of Oklahoma*

Office of the Attorney General
PO Box 11549
Columbia South Carolina 29211
Ph.:  (803)734-3680
F:  (803) 734-3677
esmith@scag.gov
*Counsel for the State of South Carolina*

**HERBERT SLATERY III**
**Attorney General of Tennessee**
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
Phone: (615) 532-2580
*Counsel for the State of Tennessee*

**SEAN D. REYES**
**Utah Attorney General**
Melissa A. Holyoak*
  Solicitor General
Utah Attorney General's Office
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
385.271.2484
melissaholyoak@agutah.gov
*Counsel for the State of Utah*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2021, a true and correct copy of the forgoing was served electronically via the Court's electronic filing system upon all counsel of record.

<u>/s/ D. John Sauer</u>

4