# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3013

State of Missouri, et al.

Appellants

v.

Joseph R. Biden, Jr., in his official capacity as the President of the United States of America, et al.

Appellees

------------------------------

Committee for a Constructive Tomorrow

Amicus on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:21-cv-00287-AGF)
_____

**ORDER**

The motion to withdraw as counsel is granted.  Mr. Justin D. Smith is granted leave to withdraw from this case.

January 03, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans